# Order

Michigan Supreme Court
Lansing, Michigan

April 9, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162665

*In re* O.F.F., Minor.

SC: 162665
COA: 354195
Ingham CC Family Division:
  20-000058-AM

_____/

On order of the Court, the application for leave to appeal the January 21, 2021 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2021



s0406

Clerk